UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:08-CR-47-13D

UNITED STATES OF AMERICA,

v.                                    **ORDER**

SERGIO MARTINEZ-JUAREZ,
        Defendant.

THIS CAUSE before the Court is Defendant's Motion for Authorization for Additional Funds for Interpretive Services not to exceed $500.00. This motion is GRANTED.

DATED: 7/22/08

_____
Honorable James C. Dever, III
United States District Court Judge